UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ISKYO ARONOV,
  also known as "Isaac Aronov,"
MICHAEL KONSTANTINOVSKIY,
  also known as "Michael Kay,"
TOMER DAFNA,
AVRAHAM TARSHISH,
  also known as "Avi Tarshish," and
MICHAEL HERSKOWITZ,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>UNSEALING ORDER</u>

Docket No. <u>19-408 (SJ)</u>

        Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Shannon C. Jones, for an order unsealing the indictment and arrest warrants in the above-captioned matter.

        WHEREFORE, it is ordered that the indictment and arrest warrants in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
        September 10, 2019

S/Lois Bloom

_____
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK