## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Lois Bloom                        DATE: 9/10/19

DOCKET NUMBER:  19CR408(SJ)                    LOG #: 4:37 – 5:00

DEFENDANT'S NAME: Michael Konstantinovskiy
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL: Brian McCarthy
   ___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A: Shannon Jones                           CLERK: Felix Chin

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

✓ Bond set at $500,000.   Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

1 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 9/10/19  Stop 10/2/19

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 10/2/19 @ 11:00 before Judge Johnson

Other Rulings: _____