

**MEHLER LAW** PLLC
747 Third Avenue ♦ 32nd Floor ♦ New York, NY 10017-2803

September 23, 2020

**BY ECF**
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Michael Konstantinovskiy, 19-Cr-408 (MKB)</u>

Dear Judge Brodie:

      Our office represents Michael Konstantinovskiy in the above-referenced case. Mr. Konstantinovskiy is currently released on the following bail conditions: a $500,000 personal recognizance bond, with his travel restricted to the Eastern and Southern Districts of New York.

      We write to request that Mr. Konstantinovskiy be allowed to travel to Montgomeryville, Pennsylvania on September 29th for a business meeting. He would return home the same day.

      AUSA Shannon Jones has no objection, assuming that Mr. Konstantinovskiy has been compliant with the terms of his supervised release. Pretrial Services Officer Robert Long immediately consented to the trip upon Mr. Konstantinovskiy's request.

      Thank you for your consideration of this matter.

                Sincerely,

                /s/

                Gordon Mehler

cc:    AUSA Shannon Jones (by ECF)