

**MEHLER LAW** PLLC
747 Third Avenue ♦ 32nd Floor ♦ New York, NY 10017-2803

October 15, 2020

**BY ECF**
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Michael Konstantinovskiy, 19-Cr-408 (MKB)</u>

Dear Judge Brodie:

    Our office represents Michael Konstantinovskiy in the above-referenced case. Mr. Konstantinovskiy is currently released on the following bail conditions: a $500,000 personal recognizance bond, with his travel restricted to the Eastern and Southern Districts of New York.

    We write to request that Mr. Konstantinovskiy be allowed to travel to Hamilton Township, New Jersey on October 18th for a daylong leisure trip. He would return home the same day.

    Pretrial Services Officer Robert Long has consented to the trip. We reached yesterday out to AUSA Shannon Jones in order to inquire as to her stance, but have not heard back. Given how routine this request is, and the fact that the Court approved an almost identical request three weeks ago, we are submitting this request now due to time constraints.

    Thank you for your consideration of this matter.

                                                Sincerely,

                                                /s/

                                                Gordon Mehler

cc:    AUSA Shannon Jones (by ECF)

Tel: (212) 661-2414 ♦ Fax: (212) 661-8761 ♦ E-mail: gmehler@mehlerlaw.com ♦ Website: www.mehlerlaw.com