

# MEHLER LAW PLLC

747 Third Avenue ♦ 32nd Floor ♦ New York, NY 10017-2803

January 11, 2021

**BY ECF**
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **United States v. Michael Konstantinovskiy, 19-Cr-408 (MKB)**

Dear Judge Brodie:

Our office represents Michael Konstantinovskiy in the above-referenced case. Mr. Konstantinovskiy is currently released on the following bail conditions: a $500,000 personal recognizance bond, with his travel restricted to the Eastern and Southern Districts of New York.

We write to request that Mr. Konstantinovskiy be allowed to travel to South Florida January 14th through January 17th for a business meeting and personal travel. He would return home on January 17th, and would provide his intended destinations, additional information regarding the business meeting on January 15th, his flight itinerary and residence information while in Florida to Pretrial Services Officer Robert Long.

Pretrial Services Officer Robert Long has consented to the trip, and AUSA Shannon Jones has no objections.

Thank you for your consideration of this matter.

Sincerely,

/s/

Gordon Mehler

cc:   AUSA Shannon Jones (by ECF)

Tel: (212) 661-2414 ♦ Fax: (212) 661-8761 ♦ E-mail: gmehler@mehlerlaw.com ♦ Website: www.mehlerlaw.com