

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

February 6, 2024

**Via ECF**

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v.Konstantinovskiy ("Kay") 19-cr-408**

Dear Judge Brodie:

We represent defendant Michael Kay in the above-captioned case. Since 2019 Mr. Kay has been released on a $500,000 personal recognizance bond secured by suretors and one home, with travel restrictions that do not extend to upstate New York.

We write to request the Court's approval for Mr. Kay to travel with his wife and children to Monticello, NY, for a three-day family vacation from February 18 through 20.  The Court has previously approved multiple other travel requests.

Our client has been in compliance with the conditions of his release on bail. Therefore, Pretrial Services Officer Robert Stehle does not  object to this request, and AUSA Shannon Jones also does not oppose it.

We thank you for your consideration of this matter.

Respectfully submitted,

/s/ Gordon Mehler
Gordon Mehler

cc:     AUSA Dana Rehnquist (by ECF)